IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EARNEST J. FILES, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIV. ACT. NO. 3:17cv615-ECM |
| | ) |
| CLAYTON KIM TAYLOR, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

On October 19, 2018, the Magistrate Judge entered a Recommendation recommending that defendants Taylor, Young and Morris' motion to dismiss be granted. (Doc. 40). On October 29, 2018, the plaintiff filed objections to the Recommendation of the Magistrate Judge. (Doc. 42). The Court has carefully reviewed the record in this case, the Recommendation of the Magistrate Judge, and the plaintiff's objections. Upon an independent review of the file in this case and for good cause, it is

ORDERED as follows:

1. that the plaintiff's objections be and are hereby OVERRULED;

2. that the Recommendation of the Magistrate be and is hereby ADOPTED;

3. that defendants Morris, Taylor and Young's motion to dismiss be and is hereby GRANTED, and the plaintiff's amended complaint against these defendants be and is hereby DISMISSED with prejudice.

4. that these defendants be and are hereby DISMISSED as parties to this action; and

5. that this case with respect to the remaining defendants be and is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 7th day of January, 2019.

/s/ Emily C. Marks
EMILY C. MARKS
UNITED STATES DISTRICT JUDGE