IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| EARNEST J. FILES, JR., #107834, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 3:17-cv-615-ECM |
| | ) | |
| EDGAR PAUL JONES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **OPINION and ORDER**

Now pending before the court is the Recommendation of the Magistrate Judge (doc. 66) recommending that the remaining unserved defendants be dismissed. There being no timely objection filed to the Recommendation, and based on an independent review of the record, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The Plaintiff's claims against Defendants Brandi Hardaway, Edgar Jones, Damon Lewis, William Grant, and Erin McWaters are DISMISSED without prejudice for Plaintiff's failure to effect service on these individuals in accordance with applicable procedural rules;

3. Defendants Brandi Hardaway, Edgar Jones, Damon Lewis, William Grant, and Erin McWaters are TERMINATED as parties to the amended complaint; and

4. There being no defendants remaining to this cause of action, this matter is DISMISSED.

A Final Judgment will be entered separately.

Done this 23rd day of March, 2020.

                                       /s/ Emily C. Marks  
                                  EMILY C. MARKS  
                                  CHIEF UNITED STATES DISTRICT JUDGE

Done, this ___ day of _____ 2020.

           /s/
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE